Argued and submitted October 26, reversed and remanded for reconsideration November 29, 1995

MICHAEL JAY HOLTON,
*Petitioner,*

*v.*

BOARD OF PAROLE
AND POST-PRISON SUPERVISION,
*Respondent.*

(CA A83760)

906 P2d 309

John E. Storkel argued the cause and filed the brief for petitioner.

Robert K. Lau, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Fernandez v. Board of Parole*, 137 Or App 247, 904 P2d 1071 (1995).